## UNITED STATES U.S. DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL L. RISTOW

        Plaintiff,

V.

                                    Case No.: 15 CV 24

LIFE INSURANCE COMPANY OF NORTH AMERICA

        Defendants.

# ORDER TO DISMISS PURSUANT TO RULE 41

Pursuant to Rule 41(a)(2), the Federal Rules of Civil Procedure, Ristow v. LINA,

Case No. 15 CV 24 is dismissed with prejudice on the merits and without costs to either

party.

Dated this 6th day of July, 2015.

                    By the Court:

Hon. Stephen L. Crocker, Magistrate Judge

*Barbara B. Crabb*

1